UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH K. DURELL, and
ESTATE OF ROBERT L. DURELL

      Plaintiffs,                Case No. 2:12-cv-11519

vs.                                   Honorable Lawrence P. Zatkoff

FANNIE MAE,                    Magistrate Judge Michael J. Hluchaniuk
FINANCIAL FREEDOM ACQUISITION
LLC, and
FINANCIAL FREEDOM SENIOR
FUNDING CORP.

      Defendants.

## INDEX OF EXHIBITS

1. Mortgagee Letter 2008-38
2. Mortgagee Letter 2011-16
3. Bankruptcy Docket Case No. 08-64394
4. Motion for Lift of Automatic Stay
5. Order Granting Motion for Lift of Automatic Stay
6. Motion to Voluntarily Dismiss
7. Order Granting Motion to Voluntarily Dismiss
8. Quit Claim Deed
9. Loan Agreement
10. Note
11. Mortgage
12. Second Note
13. Second Mortgage
14. Mortgagee Letter 97-15
15. Non-Borrower Spouse Certif.
16. 10/15/09 Assignment

17. 10/29/10 Assignment
18. 5/25/10 Correspondence
19. Sheriff's Deed
20. Quit Claim Deed (Fannie Mae)
21. *Overton v. Mortgage Electronic Registration Sys.*
22. *Galati v. Wells Fargo Bank*
23. *Bajwa v. John Adams Mortg. Co.*
24. *Shivers v. McMartin, Wasek and Associates, Inc.*

DET01\1035323.1
ID\BB - 101898/0033