# EXHIBIT 19

2:12-cv-11519-LPZ-MJH Doc # 6-20 Filed 04/11/12 Pg 1 of 9 Pg ID 222

LIBER 42981 PG 774

OAKLAND COUNTY
REGISTER OF DEEDS

2011 APR -5 PM 2: 55

72691
LIBER 42981 PAGE 774
$31.00 DEED - COMBINED
$4.00 REMONUMENTATION
04/12/2011 01:04:30 P.M. RECEIPT# 31124

PAID  RECORDED - OAKLAND COUNTY
BILL BULLARD JR, CLERK/REGISTER OF DEEDS

346824F01 Durell - FC F

## SHERIFF'S DEED ON MORTGAGE SALE
### THOMAS RABETTE

This Indenture Made this 5th day of April, A.D. 2011, between, _____, a Deputy Sheriff in and for Oakland County, Michigan, whose address is 1200 N Telegraph Rd Pontiac, Michigan 48341-1032, party of the first part, and Financial Freedom Acquisition LLC, whose address is 2900 Esperanza Crossing, Austin, TX 78758, party of the second part (hereinafter called the grantee).

WITNESSETH, That Whereas a certain mortgage made by Robert L. Durell a/k/a Robert Lee Durell and Deborah K. Durell, his wife, original mortgagor(s), to Financial Freedom Senior Funding Corporation, Mortgagee, dated December 5, 2008, and recorded on December 30, 2008 in Liber 40793 on Page 749, and assigned by mesne assignments to Financial Freedom Acquisition LLC as assignee as documented by an assignment dated October 29, 2010 recorded on November 16, 2010 in Liber 42556 on Page 816, in Oakland county records, Michigan and

WHEREAS, said mortgage contained a power of sale which has become operative by reason of a default in the condition of said mortgage, and

WHEREAS, no suit or proceedings at law or in equity have been instituted to recover the debt secured by said mortgage or any part thereof, and

WHEREAS, by virtue of said power of sale, and pursuant to the statute of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage, that the said premises, or some part of them, would be sold at 10:00 AM on the 5th day of April, A.D. 2011, at public vendue, that being the place of holding the Circuit Court for Oakland County where the premises are situated and

WHEREAS, pursuant to said notice I did, at on the day last aforesaid, expose for sale at public vendue the said lands and tenements hereinafter described, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of One Hundred Ninety-Eight Thousand Five Hundred Thirty-Seven and 23/100 Dollars ($198,537.23), that being the highest bid therefore and the grantee being the highest bidder, and

WHEREAS, said lands and tenements are situated in the Charter Township of West Bloomfield, Oakland County, Michigan, more particularly described in exhibit A, attached and commonly known as:
2430 Hiller Rd  Or 4.5.11                                             3425
Property Tax Parcel ID 18-04-352-028
This property may be located within the vicinity of farmland or a farm operation. Generally, accepted agricultural and management practices, which may generate noise, dust, odors, and other associated conditions, may be used and are protected by the Michigan right to farm act.

Now, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain and sell unto the grantee, its successors and assigns, forever, all the estate, right, title and interest, which the said Mortgagor(s) had in said land and tenements and every part thereof, on the 5th day of December A.D. 2008, that being the date of said mortgage, or at any time thereafter, to have and to hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoof forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, the date and year first above written.

THOMAS RABETTE   _____
                 Deputy Sheriff in and for the County of Oakland

STATE OF MICHIGAN
COUNTY OF OAKLAND

On this 5th day of April, A.D. 2011, before me, a Notary Public in and for said County of Oakland came
_____ THOMAS RABETTE _____, a Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that he executed the same to be his free act and deed as such Deputy Sheriff.

MELANIE DEEDS
NOTARY PUBLIC STATE OF MICHIGAN
COUNTY OF OAKLAND
MY COMMISSION EXPIRES MAY 28, 2014
ACTING IN OAKLAND COUNTY

_____
Notary Public, Oakland County, Michigan
My commission expires:
Acting in the county of Oakland

E-FILE

THIS INSTRUMENT IS EXEMPT FROM MICHIGAN TRANSFER TAX UNDER MCLA 207.505(c); MCLA 207.526(v); MCLA 207.505(h)(ii).

Fannie Mae (RC) #6000513424

O.K. - GK

LIBER 4 2 9 8 I PG 7 7 5

346824F01 Durell - FC F                    Fannie Mae (RC) #6000513424

**Exhibit A - Property Description**

Lot 16, Lauren Hills Subdivision, as recorded in Liber 88, Page 30 of Plats, Oakland County Records.

Team F - Robert L. Durell      LIBER42981 PG776      AFFIDAVIT OF PUBLICATION

TROTT & TROTT, P.C. Attorneys and Counselors 31440 Northwestern Highway, Suite 200 Farmington Hills, Michigan 48334-2525 THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY. ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest. MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Robert L. Durell a/k/a Robert Lee Durell and Deborah K. Durell, his wife, original mortgagor(s), to Financial Freedom Senior Funding Corporation, Mortgagee, dated December 5, 2008, and recorded on December 30, 2008 in Liber 40793 on Page 749, and assigned by mesne assignments to Financial Freedom Acquisition LLC as assignee as documented by an assignment, in Oakland county records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of One Hundred Ninety-Eight Thousand One Hundred Thirty-Five and 61/100 Dollars ($198,135.61), including interest at 2.02% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the place of holding the circuit court within Oakland County, at 10:00 AM, on April 5, 2011. Said premises are situated in Charter Township of West Bloomfield, Oakland County, Michigan, and are described as: Lot 16, Lauren Hills Subdivision, as recorded in Liber 88, Page 30 of Plats, Oakland County Records. The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale. Dated: March 3, 2011 For more information, please call: FC F (248) 593-1313 Trott & Trott, P.C. Attorneys For Servicer 31440 Northwestern Highway, Suite 200 Farmington Hills, Michigan 48334-2525 File #346824F01 (3-3)(3-24)

(Affidavit of Publisher)

STATE OF MICHIGAN,
   ss.
COUNTY OF OAKLAND

Margot Blanchette, an employee of the publisher of Oakland County Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Oakland County Legal News, a newspaper printed and circulated in said Oakland County on March 3, March 10, March 17, March 24, 2011 A.D.

_____
Margot Blanchette

Subscribed and sworn before me on this 24th day of March 2011 A.D.

_____
Pushpa Jayaprakash
Notary Public Oakland County, Michigan. My commission expires: April 4, 2011. Acting in Oakland County, Michigan.

Attorney Office:   Trott & Trott P.C. (team f)         Team F
AttorneyFile#:     346824F01
Notice#:           914530

LIBER 42981 PG 777

**Team F - Robert Lee Durell**

AFFIDAVIT OF PUBLICATION

NOTICE PURSUANT TO MCL 600.3205a(4) NOTICE is hereby provided to Robert Lee Durell and Deborah K. Durell, the borrowers and/or mortgagors (hereinafter "Borrower") regarding the property located at: 2430 Hiller Rd, West Bloomfield, MI 48324-1425. The Borrower has the right to request a meeting with the mortgage holder or mortgage servicer. The agent designated by the Mortgage Servicer and/or Mortgage Holder to contact and that has authority to make agreements under MCL sections 600.3205b and 600.3205c is: Trott & Trott, P.C., 31440 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-2525 at (248) 593-1313 The Borrower may contact a housing counselor by visiting the Michigan State Housing Development Authority's website or by calling the Michigan State Housing Development Authority at http://www.michigan.gov/mshda or at (866) 946-7432. If the Borrower requests a meeting with the agent designated above by contacting an approved housing counselor within 14 days from November 15, 2010, foreclosure proceedings will not be commenced until 90 days after November 15, 2010. If the Borrower and the agent designated above reach an agreement to modify the mortgage loan, the mortgage will not be foreclosed if the Borrower abides by the terms of the agreement. The Borrower has the right to contact an attorney. The telephone number of the State Bar of Michigan's Lawyer Referral Service is (800) 968-0738. THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. Date: November 16, 2010 For more information, please call: FC F (248) 593-1313 Trott & Trott, P.C. Attorneys For Servicer and/or Mortgage Holder 31440 Northwestern Highway, Suite 200 Farmington Hills, MI 48334-2525 File # 346824F01 (11-16)

(Affidavit of Publisher)

STATE OF MICHIGAN,
   ss.
COUNTY OF OAKLAND

Margot Blanchette, an employee of the publisher of Oakland County Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Oakland County Legal News, a newspaper printed and circulated in said Oakland County on November 16, 2010 A.D.

_____
Margot Blanchette

Subscribed and sworn before me on this 16th day of November 2010 A.D.

_____
Pushpa Jayaprakash
Notary Public Oakland County, Michigan. My commission expires: April 4, 2011. Acting in Oakland County, Michigan.

| | | |
|---|---|---|
| Attorney Office: | Trott & Trott P.C. (team f) | Team F |
| AttorneyFile#: | 346824F01 | |
| Notice#: | 871786 | |

LIBER 42981 PG 778

**Team F - Robert L. Durell**

**EVIDENCE OF SALE**

(Affidavit of Posting)

STATE OF MICHIGAN
    ss.
COUNTY OF OAKLAND

TROTT & TROTT, P.C. Attorneys and Counselors 31440 Northwestern Highway, Suite 200 Farmington Hills, Michigan 48334-2525 THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY. ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest. MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Robert L. Durell a/k/a Robert Lee Durell and Deborah K. Durell, his wife, original mortgagor(s), to Financial Freedom Senior Funding Corporation, Mortgagee, dated December 5, 2008, and recorded on December 30, 2008 in Liber 40793 on Page 749, and assigned by mesne assignments to Financial Freedom Acquisition LLC as assignee as documented by an assignment, in Oakland county records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of One Hundred Ninety-Eight Thousand One Hundred Thirty-Five and 61/100 Dollars ($198,135.61), including interest at 2.02% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the place of holding the circuit court within Oakland County, at 10:00 AM, on April 5, 2011. Said premises are situated in Charter Township of West Bloomfield, Oakland County, Michigan, and are described as: Lot 16, Lauren Hills Subdivision, as recorded in Liber 88, Page 30 of Plats, Oakland County Records. The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale. Dated: March 3, 2011 For more information, please call: FC F (248) 593-1313 Trott & Trott, P.C. Attorneys For Servicer 31440 Northwestern Highway, Suite 200 Farmington Hills, Michigan 48334-2525 File #346824F01 (3-3)(3-24)

Brian Klerkx being duly sworn, deposes that on the 5th day of March, 2011 A.D, he/she posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to the front door.

_Brian Klerkx_

Brian Klerkx

Subscribed and sworn before me on this 7th day of March 2011 A.D.

_Sheree B. Glynn_

Sheree B. Glynn

Notary Public Oakland County, Michigan. My commission expires: February 5, 2014. Acting in Oakland County, Michigan.

CIRCLE IF      Vacant
Multi-Unit    Upper Unit    Lower Unit
Multi-Addr    Unit 1    Unit 2    Unit A    Unit B
Condo      Mobile/Manufactured Home    No Dwelling

Attorney Office:    Trott & Trott P.C. (team f)
Attorney File#    346824F01070809
Notice ID#    914530

LIBER 42981 PG 779
T&T #346824F01

Durell, Robert
NON-MILITARY AFFIDAVIT
STATE OF MICHIGAN
                    SS.
COUNTY OF OAKLAND

The undersigned, being first duly sworn, deposes and says that upon investigation she/he is informed and believes that none of those persons named in the attached notice of mortgage foreclosure are currently in active military service of the United States.

_Danielle B. Mearns_

Signed and sworn to before me in Oakland County, Michigan, on this 1st day of April, 2011 by Danielle B. Mearns

Tina M. Jordan, Notary public
State of Michigan. County of Wayne
My commission expires January 9, 2013
Acting in the County of Oakland

EVIDENCE OF SALE (Affidavit of Auctioneer)
STATE OF MICHIGAN
                    SS.
COUNTY OF OAKLAND

THOMAS RABETTE

, being duly sworn, deposes and says that he is a Deputy Sheriff of said Oakland; that he acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice: that said sale was opened at 10:00 AM on the 5th day of April, A.D. 2011, at the first floor Main entrance to the Court House in Pontiac, Michigan, that being the place of holding the Circuit Court in said Oakland County; that the highest bid for the lands and tenements therein described was One Hundred Ninety-Eight Thousand Five Hundred Thirty-Seven and 23/100 Dollars dollars $198,537.23 made by Financial Freedom Acquisition LLC; that said sale was in all respects open and fair; and that he did strike off and sell lands and tenements to said bidders, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

THOMAS RABETTE
Deputy Sheriff in and for Oakland County, Michigan

Signed and sworn to before me in Oakland County, Michigan, on this 5th day of April, A.D. 2011

MELANIE DEEDS
NOTARY PUBLIC STATE OF MICHIGAN
COUNTY OF OAKLAND
MY COMMISSION EXPIRES MAY 28, 2014
ACTING IN OAKLAND COUNTY

Notary Public, Oakland County, Michigan
My Commission Expires:
Acting in the county of Oakland

I DO HEREBY CERTIFY that the last day to redeem is October 5, 2011, after which the within Sheriff's Deed will become operative, unless determined abandoned in accordance with MCLA 600.3241a, or unless redeemed according to the law, in such case made and provided.

THOMAS RABETTE
Deputy Sheriff in and for Oakland County, Michigan

Prepared By:
Katie Dimitriou (P70159)
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
T & T # 346824F01

ATTN REGISTER OF DEEDS: Please send all Redemption notifications and funds collected in your office to Financial Freedom Acquisition LLC c/o Trott & Trott, P.C., Post-Sale Unit, 31440 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-2525.

ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest. Please be advised that all 3rd party bidders are responsible for preparing and recording the Sheriff's Deed. TROTT & TROTT, P.C. Hereby expressly disclaims all liability relating to the foreclosure, preparation and recording of the Sheriff Deed.

### AFFIDAVIT OF MCL 600.3205 NOTICE

STATE OF MICHIGAN)
COUNTY OF OAKLAND) SS.

NOW COMES __Danielle B. Mearns__, who, first being sworn, deposes and says:

I am an attorney employed by Trott & Trott, P.C, and am duly authorized to execute this Affidavit on its behalf.

That I have reviewed the business records of Trott & Trott, P.C. and based on my review of those records, a written notice dated November 15, 2010 was served in the manner necessary according to MCL 600.3205a(3);

That said notice includes: (a) the reason for default and the amount due and owing; (b) the contact information for the mortgage holder, the mortgage servicer, or any agent designated by the mortgage holder or mortgage servicer; and (c) a statement of the borrowers' rights, all according to MCL 600.3205a(1);

That said notice includes a list of housing counselors as required by MCL 600.3205a(2); and

That the borrower(s) responded and requested a meeting pursuant to MCL 600.3205b, no agreement could be reached, they are not eligible for a loan modification, and 90 days from the date of the aforementioned notice has passed.

FURTHER DEPONENT SAYETH NOT.

Danielle B. Mearns

Attorney for Financial Freedom Acquisition LLC
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525

Signed and sworn to before me in Oakland County, Michigan, on __APR 0 1 2011__

by __Danielle B. Mearns__, Attorney for Financial Freedom Acquisition LLC

Tina M. Jordan, Notary public
State of Michigan, County of Wayne
My commission expires January 9, 2013
Acting in the County of Oakland

T&T # 346824F01 Durell, Robert

LIBER 42981 PG 781

AFFIDAVIT OF PURCHASER

The Undersigned, being duly sworn, states as follows:

1. I am an employee of Trott & Trott, P.C. and am authorized as counsel to submit this Affidavit Of Purchaser. I have knowledge of the facts stated herein and am competent to testify concerning such facts regarding a foreclosure sale scheduled for April 5, 2011 with respect to certain real property (the "Property") commonly known as 2430 Hiller Rd.

2. **This affidavit may only be recorded and used by Financial Freedom Acquisition LLC in the event it is the successful purchaser of the property on April 5, 2011. No other purchaser may utilize this affidavit.**

3. The last date the Property may be redeemed is October 5, 2011. ANY REDEEMING PARTY SHOULD NOTE THAT THIS DATE MAY CHANGE AS SET FORTH IN SUBSEQUENT AFFIDAVITS OR AS PROVIDED BY APPLICABLE LAW.

4. The amount necessary to redeem the Property is $198,537.23 (One Hundred Ninety-Eight Thousand Five Hundred Thirty-Seven and 23/100 Dollars), plus interest at a per diem rate of $10.99 (Ten and 99/100 Dollars) from the date of sale to the date of redemption, plus any additional amounts that may be added pursuant to MCLA §600.3240(4). ANY REDEEMING PARTY SHOULD NOTE THAT THIS AMOUNT MAY INCREASE to include amounts paid by Financial Freedom Acquisition LLC for taxes, amounts necessary to redeem senior liens, condominium assessments, homeowner association assessments, community association assessments, insurance premiums, or any other amounts as provided by MCLA §600.3240(4), as well as interest thereon at the interest rate specified in the mortgage from the date of payment to the date of redemption.

5. Financial Freedom Acquisition LLC has designated Trott & Trott, P.C. as its designee responsible to assist an appropriate person redeeming the Property in computing the exact amount required to redeem the Property and to receive redemption funds. If you choose to utilize this assistance, contact Trott & Trott, P.C. at RedemptionFigures@trottlaw.com or by phone at (248) 593-1308. Pursuant to statute, Trott & Trott, P.C. will charge a fee of $150.00 (One Hundred Fifty And 00/100 Dollars) if you opt to use this assistance.

FURTHER DEPONENT SAYETH NOT.

Danielle B. Mearns
Attorney For Financial Freedom Acquisition LLC
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525

Signed and sworn to before me in Oakland County, Michigan, APR 01 2011 Danielle B. Mearns, Attorney for Financial Freedom Acquisition LLC.

Tina M. Jordan, Notary public
State of Michigan, County of Wayne
My commission expires January 9, 2013
Acting in the County of Oakland

T&T #346824F01   Robert Lee Durell, Mortgagor(s).