# EXHIBIT 20

2:12-cv-11519-LPZ-MJH Doc # 6-21 Filed 04/11/12 Pg 1 of 3 Pg ID 231

LIBER 43037 PG 775

```
88929
LIBER  43037  PAGE   775
$13.00 DEED - COMBINED
$4.00 REMONUMENTATION
05/04/2011 02:27:36 P.M.  RECEIPT# 37242
```

PAID    RECORDED - OAKLAND COUNTY
BILL BULLARD JR, CLERK/REGISTER OF DEEDS

## QUIT CLAIM DEED

Financial Freedom Acquisition LLC whose address is 1 Banting, Irvine, CA 92618, (Grantor), Quit-Claim(s) to Fannie Mae, a corporation organized under the laws of the United States of America whose address is 14221 Dallas Parkway, Suite 1000, Dallas, TX 75254 (Grantee), the following premises situated in the Charter Township of West Bloomfield, Oakland County, Michigan commonly known as 2430 Hiller Rd, West Bloomfield, MI 48324-1425 and more particularly described in exhibit A hereto for the sum of ($1.00) One Dollar and no cents, subject to easements and building and use restrictions of record and the lien of taxes not yet due and payable.

Dated this 14th day of April, 2011

Witness:
By _____ James Greene _____

Signed:
Financial Freedom Acquisition LLC
Grantor
By _____
Printed Name: Stephen Wessels
Its: Assistant Secretary

STATE OF Texas )
              )SS.
COUNTY OF Travis )

This instrument was acknowledged before me in Travis County, State of Texas, on this 14 day of April, 2011, by Stephen Wessels its Assistant Secretary of Financial Freedom Acquisition LLC, for the corporation.

_____ Lyn Ischy _____, Notary public
State of Texas, County of WILLIAMSON
My commission expires 10/10/2014
Acting in the County of TRAVIS

State transfer taxes exempt pursuant to MCL 207.526(a).
County transfer taxes exempt pursuant to MCL 207.505(a).

| When Recorded Return To: | Send Subsequent Tax Bills To: | Drafted by: Kenneth E. Kurel |
|---|---|---|
| Trott & Trott, P.C. | Grantee | Trott & Trott, P.C. |
| 31440 Northwestern Highway, Suite 200 | | 31440 Northwestern Highway, Suite 200 |
| Farmington Hills MI 48334-2525 | | Farmington Hills MI 48334-2525 |
| Tax Parcel #18-04-352-028 | | Revenue Stamps Exempt |
| T&T # 346824F01 | Durell, Robert Lee | |

O.K. - A.N.

2011 MAY -4 PM 12:46

LIBER 3037 PG 776

EXHIBIT A - Property Legal Description

Lot 16, Lauren Hills Subdivision, as recorded in Liber 88, Page 30 of Plats, Oakland County Records.

T&T# 346824F01          Durell, Robert Lee

88030